## Mader Estate.

Argued December 2, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*William D. March,* for appellant.

*Sanford D. Beecher, Jr.,* for appellee.

OPINION PER CURIAM, January 4, 1967:
Decree affirmed. Each party to pay own costs.